JOSEPH A. TAYLOR, Respondent, v. ELLSWORTH BUILDING CORPORATION

and Another, Appellants, Impleaded with ARTHUR W. DENNEN, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.